UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:09CR125CDP(DDN) |
| KENNETH WEEKLEY, | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment against the defendant.

CATHERINE L. HANAWAY
United States Attorney

s/Jeannette S. Graviss
JEANNETTE S. GRAVISS
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

UNITED STATES DISTRICT JUDGE

Dated: This 14th day of April, 2009.

## CERTIFICATE OF SERVICE

    I hereby certify that on ___April 9, 2009___, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

                    Sean Vicente
            Attorney for Kenneth Weekley

                                s/Jeannette S. Graviss
                                JEANNETTE S. GRAVISS
                                Assistant United States Attorney